UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| WILLIAM DAVID HEFFLEY,<br><br>Plaintiff,<br><br>v.<br><br>DEKALB COUNTY POLICE, et al.,<br><br>Defendants. | CASE NO. 1:25-CV-434-HAB-ALT |

## OPINION AND ORDER

William Heffley, without a lawyer, seeks leave to proceed in forma pauperis. It appears the plaintiff cannot afford to pre-pay the filing fee. For these reasons, the court:

(1) GRANTS the plaintiff leave to proceed in forma pauperis (ECF No. 2);

(2) DEFERS payment of the filing fee;

(3) ORDERS the plaintiff to pay the $350.00 filing fee from the proceeds of any recovery in this case; and

(4) DIRECTS, under 28 U.S.C. § 1915(d), the clerk to request Waiver of Service from (and if necessary the United States Marshals Service to serve process on) the defendants at 215 E. 8th St, Auburn, IN 46706, with a copy of this order and the complaint.

SO ORDERED on August 22, 2025.

s/ Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT